

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer<br><br>**Plaintiff,**<br><br>V.<br><br>MIDROS PROPERTIES, LLC, a California Limited Liability Company, and Does 1-10<br><br>**Defendant.** | Civil Action No. 19-cv-02455-DMS-MDD<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Plaintiff's motion for default judgment for $4,000 in statutory damages and $4,271.50 in attorney's fees and costs. The Court ORDERS Defendant to provide van-accessible parking at the Midway Wine & Spirits store located at 3040 Midway Drive, San Diego, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines. The Court DIRECTS the Clerk of the Court to enter judgment against Defendant and in favor of Plaintiff.

Date:  11/23/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ M. Exler

M. Exler, Deputy